

**BLEAKLEY PLATT & SCHMIDT, LLP**

NEW YORK | CONNECTICUT

JONATHAN A. MURPHY
914.267.6165
JAMURPHY@BPSLAW.COM

July 15, 2025

**VIA ECF**

Hon. Kenneth M. Karas
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

   Re: *The Board of Managers of the Diocesan Missionary Society of the Protestant Episcopal Church in the Diocese of New York v. Colonnelli Brothers, Inc., et al.*
     Case No: 7:25-cv-01879 (KMK)

Dear Judge Karas:

  I represent plaintiff The Board of Managers of the Diocesan Missionary Society of the Protestant Episcopal Church in the Diocese of New York (the "Diocese") in this CERCLA cost recovery action. I am in receipt of Your Honor's Order, D.E. 52, scheduling a pre-motion conference for Wednesday July 23, 2025 at 11:00 a.m. via teleconference. This application seeks an adjournment of that conference. I have conferred with the movant's counsel, Dwight Joyce, Esq., and he consents to this request,

  Unfortunately, I will be away on my second week of vacation all next week (which includes July 23), wilderness camping in the Adirondacks with no access to email, Wi-Fi or cellular service. My partner Justin Gardner, who is working on this matter with me, will also be on vacation all next week.

  Accordingly, I respectfully request that the pre-motion conference be adjourned until any time starting on or after Monday July 28. Please also note that I have two conference calls with the United States Environmental Protection Agency and the New York State Department of Environmental Conservation that week as follows: Monday July 28 from 11:00 a.m. to 12:30 p.m. and Wednesday July 30 from 10:30 a.m. to 12:00 p.m. I also have an all-day mediation scheduled for Tuesday July 29, but can make myself available by telephone in the afternoon of that day.

  Thank you for any consideration you might extend.

*Granted. The telephone conf. will proceed on 8/5/25 at 12:15 PM*

Respectfully Submitted,

Jonathan A. Murphy

JAM:crf

**SO ORDERED**

cc: Dwight D. Joyce, Esq.

HON. KENNETH M. KARAS, U.S.D.J.
7/16/2025

PHONE: 914.949.2700 | ONE NORTH LEXINGTON AVENUE | WHITE PLAINS, NEW YORK 10601-1785
bpslaw.com