**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOARD OF MANAGERS OF THE DIOCESAN MISSIONARY SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF NEW YORK,<br><br>*Plaintiff,*<br><br>vs.<br><br>COLONNELLI BROTHERS, INC, CHARLES MCCARTNEY, BRUCE H. SMITH, ECI, INC., ATLAS EXCAVATING CORP., BELLEVILLE LANDSCAPING, INC., CASTRO MATERIALS CORP., CASTRO LANDSCAPING CORP., JUNIOR EFRAIN CASTRO A/KA/ EFRAIN CASTRO, JR., DESIMONE'S PAVING CORP., GS PAVING INC., HOBART BUILDING SERVICES LLC, MANCUSO CONSTRUCTION & REMODELING CORP., MCGANNON EXCAVATING LLC, SCAFFIDI'S PAVING AND EXCAVATING, INC., ZURLA EXCAVATING, INC., URIEL TRUCKING LLC, PLYMOUTH INDUSTRIES, LLC AMELIA TRUCKING, LLC and AIZAGA TRUCKING, LLC,<br><br>*Defendants.* | Civil Action No. 7:25-cv-01879 |

**DEFENDANTS BRUCE H. SMITH AND
ENVIRONMENTAL CONSTRUCTION, INC.'S
<u>NOTICE OF MOTION TO DISMISS</u>**

**PLEASE TAKE NOTICE** that Defendants Bruce H. Smith and Environmental Construction, Inc. ("Defendants"), by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 12, hereby move this honorable Court for an Order granting dismissal with prejudice of the claims against them in the above-captioned action, and for such other further relief as this Court may deem just and proper. Defendants' motion is further support by the Memorandum of Law filed concurrently herewith, as well as any reply brief or oral argument that Defendants may submit or make in support of their motion.

Dated: September 15, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Daniel M. Krainin, Esq.
　　　　　　　　　　　　　　　　　　　　　　BEVERIDGE & DIAMOND, PC
　　　　　　　　　　　　　　　　　　　　　　825 Third Ave.
　　　　　　　　　　　　　　　　　　　　　　16th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　P: 202-702-5417
　　　　　　　　　　　　　　　　　　　　　　dkrainin@bdlaw.com


　　　　　　　　　　　　　　　　　　　　　　Dwight D. Joyce, Esq.
　　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF DWIGHT D. JOYCE
　　　　　　　　　　　　　　　　　　　　　　2 Joyce Plaza
　　　　　　　　　　　　　　　　　　　　　　Stony Point, NY 10980
　　　　　　　　　　　　　　　　　　　　　　P: 845-429-9323
　　　　　　　　　　　　　　　　　　　　　　office@dwightjoycelaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Bruce H. Smith and Environmental Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I caused to be served a true and correct copy of the foregoing on all counsel of record using the Court's CM/ECF system.

DATED: September 15, 2025

_____
Daniel M. Krainin

The Clerk of Court is respectfully directed to terminate the pending Motion at Dkt. Nos. 63-64.

SO ORDERED.

September 16, 2025