UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BOARD OF MANAGERS OF THE DIOCESAN MISSIONARY SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF NEW YORK,

*Plaintiff*,

v.

COLONNELLI BROTHERS, INC., *et al.*,

*Defendants*.

No. 25-CV-1879 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On September 12, 2025, Defendants Bruce H. Smith and Environmental Construction, Inc. ("Defendants"), moved to dismiss Plaintiff's CERCLA and state-law claims against them. (*See* Dkt. No. 63.) On September 15, 2025, Defendants again filed the same Motion. (*See* Dkt. No. 66.) In an endorsement on September 16, 2025, the Court directed the Clerk of Court to terminate the September 12 Motion in light of the filing of the new one, but due to a docketing error, both the September 12 and September 15 Motions were closed. (*See* Dkt. No. 68.)

Accordingly, Defendants shall file a new Notice of Motion to Dismiss. The Court will then decide the Motion to Dismiss in short order on the materials already submitted. (*See* Dkt. Nos. 67, 70, 71.)

SO ORDERED.

DATED: September 16, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE